IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TONY V ANDERSON, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 3:16-CV-02514-N |
| § | |
| WELLS FARGO BANK NA, § | |
| § | |
| Defendant. § | |

## **ORDER**

The parties have announced that this case has been resolved. Any trial setting and scheduling order are vacated. The parties have sixty days to file dismissal papers. If the parties do not file dismissal papers within sixty days, the Court will dismiss this case without prejudice without further notice.

Signed October 9, 2018.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE